THE COMMONWEALTH COURT OF PENNSYLVANIA

Keister Miller Investments LLC,        :
                Petitioner        :
                                    :
          v.        :   No. 1303 C.D. 2017
                                    :
Workers' Compensation        :
Appeal Board (Hoch),        :
                Respondent        :

# **O R D E R**

NOW, this 1st day of June, 2018, it is ordered that the above-captioned Memorandum Opinion, filed March 23, 2018, shall be designated OPINION and shall be REPORTED.

                                        _____

                                        ELLEN CEISLER, Judge